# In the United States Court of Federal Claims

No. 24-1577C

(Filed: December 19, 2024)

|  |  |
|---|---|
| **MCI DIAGNOSTIC CENTER, LLC**, <br><br> *Plaintiff,* <br><br> v. <br><br> **UNITED STATES**, <br><br> *Defendant.* | ) ) ) ) ) ) ) ) ) ) ) |

**ORDER**

On December 19, 2024, defendant filed an unopposed motion for an enlargement of time. ECF 31. Specifically, defendant seeks an additional three days, until December 23, 2024, to file the administrative record. In support, counsel represents the additional time is necessary to finalize preparation and assembly of the record for filing.

For good cause shown:

(1) Defendant's unopposed motion for an enlargement of time (ECF 31) is **GRANTED**;

(2) Defendant shall **FILE** the administrative record in this case on or before **December 23, 2024**; and

(3) All remaining deadlines included in the Court's November 20, 2024 order (ECF 23) remain in effect.

It is so **ORDERED**.

 s/ Armando O. Bonilla
Armando O. Bonilla
Judge